

FEB 1 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR.F. 05-0469 OWW |
| Plaintiff, | ) |
| v. | ) ORDER STAYING RELEASE ORDER OF THE<br>) MAGISTRATE JUDGE PENDING HEARING<br>) ON THE GOVERNMENT'S MOTION FOR |
| CARMIN GENE GRISSOM, | ) ~~REVOCATION~~ HEARING<br>) Reconsideration |
| Defendant. | ) KE. 2/17/06<br>) SMS |

Upon application of the United States Government for stay of the order of U.S. Magistrate Sandra M. Snyder setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate Judge's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to reconsider ICE. 2/17/06 ~~revoke~~ the release order issued by the U.S. Magistrate Judge.

The date for the hearing on the government's revocation motion shall be set in a separate order.

Dated: February 17, 2006

SANDRA M. SNYDER
U.S. District Judge

1