# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
SEP 0 1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

United States of America )
vs. ) Case No.  05-0469 OWW
Carmin Gene Grisson )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Carmin Gene Grissom___, have discussed with ___Lydia J. Serrano___, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting - You shall reside at and participate in the Westcare program as directed by program staff and Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer; and replace this condition with - You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer.  All other conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8/4/06          _____  8-4-06
Signature of Defendant      Date           Pretrial Services Officer   Date
Carmin Gene Grissom                        Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                    8/28/06
Signature of Assistant United States Attorney    Date
Karen Escobar

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    8.14.06
Signature of Defense Counsel                Date
Carolyn Phillips

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on ___forthwith___.
☐ The above modification of conditions of release is *not* ordered.

_____                    Sept 1, 2006
Signature of Judicial Officer               Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services