```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CARMIN GENE GRISSOM,<br><br>          Defendant. | ) CR. NO. 05-0469 OWW<br>)<br>)<br>)<br>) STIPULATION RE:<br>) CONTINUANCE AND ORDER<br>)<br>)<br>)<br>) |

Defendant CARMIN GENE GRISSOM, by and through his attorney, CAROLYN PHILLIPS, and the United States of America, by and through its attorneys, McGREGOR W. SCOTT, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

　　1.  The parties to the above-captioned matter agree to vacate the October 31, 2006, trial date and reset the trial for December 12, 2006, at 9:00 a.m.

　　2.  The parties further agree to set the trial confirmation in this matter on December 4, 2006, at 1:30 p.m.  Any motions in limine shall be filed on or before November 17, 2006.  Any response to motions in limine shall be filed on or before November

1

27, 2063.  The parties agree to vacate the previous dates set for the filing of motions in limine, responses to motions in limine, and trial confirmation.

3.  The parties stipulate that the continuance is necessitated by the defendant's need to further investigate and prepare for trial and/or to negotiate a resolution of this matter, as well as the government's scheduling conflict due to the trail of <u>United States v. Dustin Robert Costa</u>, Cr. F. No. 05-0281 AWI.

4.  The parties stipulate that time would be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny counsel for defense and the government a reasonable period of time to adequately prepare for trial.

5.  Counsel for defendant GRISSOM is unavailable in the immediate future to appear in Court to reset the above trial dates.

DATED: September 13, 2006                    Respectfully submitted,

                                             McGREGOR W. SCOTT
                                             United States Attorney

                                             By: <u>/s/ Karen A. Escobar</u>
                                                KAREN A. ESCOBAR
                                                Assistant U.S. Attorney

DATED: September 13, 2006                    <u>/s/ Carolyn Phillips</u>
                                             CAROLYN PHILLIPS
                                             Attorney for Defendant
                                             CARMIN GENE GRISSOM

2

<u>O R D E R</u>

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current trial, trial confirmation, and filing dates for motions in limine and responses to motions in limine are hereby vacated, the trial in this matter is reset for December 12, 2006, at 9:00 a.m.

IT IS FURTHER ORDERED THAT the trial confirmation in this matter will be held on December 4, 2006, at 1:30 p.m.  Any motions in limine shall be filed on or before November 17, 2006.  Any response to motions in limine shall be filed on or before November 27, 2006.

The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny counsel for the defense and government a reasonable period of time to adequately prepare for trial or reach a resolution through plea negotiations.

WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   September 16, 2006**            /s/ Oliver W. Wanger
emm0d6                                     UNITED STATES DISTRICT JUDGE

3